IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronald Gary, | ) | C.A. No. 4:06-2720-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Sgt. Dana L. Lewis, Jim Dorrieghty, and | ) | |
| Scotty Bodiford, Directors of the | ) | |
| Greenville County Det. Center, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that defendants'
motion for summary judgment be granted in part and denied in part. The record includes the report
and recommendation of the United States Magistrate Judge made in accordance with this Court's
Order of Reference and 28 U.S.C. § 636(b)(1)(B). Because plaintiff is <u>pro se</u>, this matter was
referred to the magistrate judge.[1]

This Court is charged with conducting a <u>de novo</u> review of any portion of the magistrate
judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole
or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have
been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this
case and the applicable law. For the reasons articulated by the magistrate judge, it is herewith

**ORDERED** that defendants' motion for summary judgment is **GRANTED** IN PART and

---

[1]Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local
Rule 73.02(B)(2)(d), D.S.C., the magistrate judge is authorized to review all pretrial matters and
submit findings and recommendations to this Court.

**DENIED**  IN PART.

**IT IS FURTHER ORDERED**, that the magistrate judge's report and recommendation is

adopted as the order of this Court.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge


July 29, 2009
Charleston, South Carolina

NOTICE OF APPEAL

Plaintiff is hereby notified that he has the right to appeal this Order within thirty (30) days from the date hereof pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.